IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | | |
| GLENDA L. SHANNON | * | CASE NO: 17-40832 |
| SSN: \*\*\*-\*\*-2906 | | |
| 5759 LEXINGTON DRIVE | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| DEBTOR, | | |
| | * | |

## NOTICE OF MOTION

The Movant(s) in the above-styled Bankruptcy matter, has filed documents with the Court to Set Aside Discharge and Reopen Case.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. **If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant(s) (identified below) or at the Clerk's office.

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then you or your attorney must file with the Court a written objection or response on or before **July 5, 2018**. If you are receiving this notice by mail, you may add three (3) days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 2147
Columbus, GA 31902

If an objection or response is filed, a hearing on the motion shall be held on:

July 23, 2018 at 2:00 P.M., at the
U.S. Bankruptcy Court
1 Arsenal Place, Suite 309
901 Front Avenue
Columbus, GA 31901

If you mail your objection or response to the Court for filing,

you shall send it early enough so the Court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant(s)/debtor(s).

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c)(5)(B).

This 13th day of June 2018.

                                    AREY & CROSS, P.C.

                                By: _AAC / WJC w/ay p___
                                   America A. Cross
                                   Attorney for Debtor(s)
                                   4800 Armour Road
                                   Columbus, GA  31904
                                   (706) 596-6745
                                   State Bar No: 191070 GA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| GLENDA L. SHANNON | * | CASE NO: 17-40832 |
| SSN: ***-**-2906 | | |
| 5759 LEXINGTON DRIVE | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| DEBTOR, | | |
| | * | |

## MOTION TO SET ASIDE DISCHARGE AND REOPEN CASE

COMES NOW, Glenda L. Shannon, Debtor herein, and respectfully requests this Honorable Court to set aside the Discharge and Reopen Case, and show as follows:

1.

On August 25, 2017, Debtor filed in the Middle District of Georgia her Chapter 7 Bankruptcy Petition.

2.

On January 17, 2018, this case was closed and the Trustee discharged.

3.

The Debtor moves this Honorable Court to set aside the Discharge and Reopen her Chapter 7 Case to allow the debtor to convert her Chapter 7 Case to a Chapter 13 Case.

**WHEREFORE**, the Debtor prays that the motion to set aside discharge and the case be reopened for the purpose of converting her Chapter 7 Case to a Chapter 13 Case, and for other and

further relief as is just.

This 13th day of June 2018.

          AREY & CROSS, P.C.

          By: _AAC / WJC w/ey_____
          America A. Cross
          Attorney for Debtor
          4800 Armour Road
          Columbus, Ga   31904
          State Bar No.   191070 GA
          (706) 596-6745

## CERTIFICATE OF SERVICE

I, America A. Cross, certify that I am and, at all times hereinafter mentioned, was more than 18 years of age; that on the date below, I served a copy of the within Motion to Set Aside Discharge and Reopen Case by electronically mailing or placing copies of the same in the United States Mail with appropriate postage affixed thereon to insure proper delivery addressed as follows:

SEE ATTACHED DISTRIBUTION LIST

I, certify under penalty of perjury that the foregoing is true and correct.

Executed on 6/13/2018          By: _AAC / WJC w/ey_
                                  AREY & CROSS, P.C.
                                  America A. Cross
                                  Attorney For Debtor
                                  4800 Armour Road
                                  Columbus, GA  31904
                                  State Bar No: 191070 GA
                                  (706) 596-6745

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-4<br>Case 17-40832<br>Middle District of Georgia<br>Columbus<br>Tue Jun 12 12:40:41 EDT 2018 | Nissan Motor Acceptance Corporation<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | State Farm Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 4<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 | Atlanta Postal Credit Union<br>3900 Crown Road<br>Atlanta, GA 30380-0001 | Chase Credit Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Dillards<br>Wells Fargo<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Home Depot Credit Service<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | JC Penney<br>Synchrony Bank<br>P.O. Box 960001<br>Orlando, FL 32896-0001 |
| Macy's<br>P.O. Box 8218<br>Mason, OH 45040-8218 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| SPS<br>Select Portfolio Servicing, Inc.<br>P.O. Box 551170<br>Jacksonville, FL 32255-1170 | Sam's Club<br>Synchrony Bank<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | State Farm Bank<br>Bankruptcy Dept.<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| TJX Rewards<br>SYNCB<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Tristan Shannon<br>5759 Lexington Drive<br>Columbus, GA 31907-6778 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |
| Walter Shannon<br>5759 Lexington Drive<br>Columbus, GA 31907-6778 | America A. Cross<br>Arey & Cross, P.C.<br>4800 Armour Road<br>Columbus, GA 31904-5231 | Glenda L. Shannon<br>5759 Lexington Drive<br>Columbus, GA 31907-6778 |
| Walter W Kelley<br>Chapter 7 Trustee<br>P.O. Box 70879<br>Albany, GA 31708-0879 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Military Star<br>Army Exchange Credit Program<br>P.O. Box 650410<br>Dallas, TX 75262-0410 | Nissan Motor Acceptance Corp.<br>Bankruptcy Department<br>8900 Freeport Parkway<br>Irving, TX 75063-2438 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22